```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                          2:10-cr-156

Jeffrey A. Adams

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 21) that the defendant's guilty pleas be accepted.  The court accepts the defendant's pleas of guilty to Counts 1, 2 and 3 of the indictment, and he is hereby adjudged guilty on those counts.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: September 23, 2010                s\James L. Graham
                                                    James L. Graham
                                                      United States District Judge